RITA ROCHE, EXECUTRIX OF THE ESTATE OF JOSEPH J. ROCHE, DECEASED, PLAINTIFF-RESPONDENT, v. FLORAL RENTAL CORP., *ET AL.*, DEFENDANTS AND THIRD-PARTY PLAINTIFFS-RESPONDENTS, v. U. S. REFRIGERATION CORP., A CORPORATION THIRD-PARTY DEFENDANT, AND J. C. TRUCK EQUIPMENT, INC., A CORPORATION, THIRD-PARTY DEFENDANT-APPELLANT.

Argued December 19, 1967—Decided January 4, 1968.

*Mr. Joseph V. Cullum* for defendant-appellant.

*Mr. Joseph Coult* for defendants-respondents (*Mr. Philip M. Lustbader, Messrs. Schneider & Morgan, Messrs. Shenier & Gilady,* attorneys).

*Mr. Arthur C. Gundersdorf* for the plaintiff-respondent (*Messrs. Nochimson, Irwin and Larsen,* attorneys).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Gaulkin in the Appellate Division, 95 *N. J. Super.* 555.

*For affirmance* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, GOLDMANN, SCHETTINO and HANEMAN—7.

*For reversal*—None.